**Entered on Docket**
**July 20, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Bank of America National Association as Successor by Merger to LaSalle Bank National
Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-9AR, it assignees and/or
successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-13278-bam |
| | ) |
| Guadalupe C, Magana, | ) Chapter  13 |
| | ) |
| Debtor. | ) DATE:  07/09/10 |
| | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*

M&H File No. NV-10-23976
10-13278-bam

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and

2  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

3  supporting evidence, and good cause appearing, the Court rules as follows:

4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

5  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

6  Movant in the real property commonly known as 6536 Joe Michael Way, Las Vegas, NV 89108.

7  Secured Creditor shall rescind any existing Notice of Default as against the subject

8  property, and should it proceed with foreclosure activity, cause a new Notice of Default to be

9  recorded with the applicable County Recorder's Office.

10

11  IT IS SO ORDERED.

12

13

   Submitted by:
14 McCarthy & Holthus, LLP

15
   */s/Christopher K. Lezak*_____
16 Christopher K. Lezak, Esq.
   9510 West Sahara Avenue, Suite 110
17 Las Vegas, NV 89117
   702-685-0329
18

19

   Approved/Disapproved
20
   *Email response-Upload Order Under 9021*_____
21 Rick A. Yarnall
   701 Bridger Avenue, Suite 820
22 Las Vegas, NV 89101

23

24

25

26

27

28

29

---

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Pro Se-Mailed 07/12/10

Unrepresented parties appearing: None

Trustee: Rick A. Yarnall- Email response-Upload Order Under 9021

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###